IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| LISA MCINNIS<br><br>    Plaintiff<br><br>v.<br><br>DARDEN RESTAURANTS, INC., OLIVE GARDEN HOLDINGS, INC., AND GMRI, INC.,<br><br>    Defendants | Civil Action No. 1:22-cv-1765 |

## NOTICE OF REMOVAL

Defendants Darden Restaurants, Inc. ("Darden"), Olive Garden Holdings, LLC ("OGH"), and GMRI, Inc. ("GMRI") (collectively, "Defendants"), by and through their undersigned counsel, hereby gives notice of removal of the above action from the Circuit Court for Prince George's County, Maryland ("Circuit Court"), to the United States District Court for the District of Maryland, pursuant to 29 U.S.C. §§ 1332(a), 1441 and 1446. As set forth below, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. All requirements for the removal of this action are met through the allegations contained in the pleadings filed in this Circuit Court and in this Notice of Removal.

In support of this Notice of Removal, Defendants states as follows:

1.    There is pending in the Circuit Court for Prince George's County, Maryland, a Complaint styled *Lisa McInnis v. Darden Restaurants, Inc., et al.*, Case No. CAL22-17802 (the "State Court Action"). The Complaint in the State Court Action was filed on or about June 8, 2022. A copy of that Complaint is attached hereto as Exhibit A.

1

2. Defendants OGH and GMRI were served with the summons and Complaint in the State Court Action on June 30, 2022. Defendant Darden was served with the summons and Complaint in the State Court Action on July 11, 2022.

3. This Notice of Removal is filed within thirty (30) days of the date on which first Defendant was served with the Complaint and is therefore timely under 28 U.S.C. § 1446(b),

4. The State Court Action is properly removed under 28 U.S.C. § 1441(a) because the State Court Action is subject to the original jurisdiction of the Court pursuant to 28 U.S.C. § 1332, as explained below.

5. Plaintiff is a resident of Upper Marlboro, Prince George's County, Maryland. *See* Exhibit A, ¶ 1.

6. Defendant GMRI is a corporation organized and existing under the laws of the State of Florida with its principal place of business in Florida.

7. Defendant OGH is a limited liability company formed and existing under the laws of the State of Florida with its principal place of business in Florida. OGH is a wholly-owned subsidiary of Defendant GMRI.

8. Defendant Darden is a corporation organized and existing under the laws of the State of Florida with its principal place of business in Florida.

9. Plaintiff's Complaint seeks compensatory damages in an amount in excess of $75,000. *See* Exhibit A, p. 9.

10. This action is properly removed on grounds of diversity of citizenship between (a) complete diversity of citizenship exists between Plaintiff and all named defendants and (b) the amount in controversy herein exceeds the sum or value of $75,000.

11. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and the Clerk of the Circuit Court for Prince George's County, Maryland, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that this case proceed before this Court as an action properly removed.

Respectfully submitted,

*/s/ Sandra T. Carson*
Sandra T. Carson (Bar No. 24699)
MINTZER SAROWITZ ZERIS
 LEDVA & MEYERS, LLP
1447 York Road, Suite 610
Lutherville, MD  21093
P:  410.583.8081
F:  410.821.1608
scarson@defensecounsel.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2022, I caused a true and correct copy of the foregoing Notice of Removal to be served on counsel of record for all parties via the Court's CM/ECF system, and that a copy of the document can be obtained from that site.

*/s/ Sandra T. Carson*
Sandra T. Carson (Bar No. 24699)