

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

8855

7/11/22
12:15 PM
CP#3022

Case No.: CAL22-17802
Other Reference No.(s): ...............................
Child Support Enforcement Number: ...............................

To: Darden Restaurants Inc
Serve:
Corporations Creations Network Inc
801 U.S. Highway 1
North Palm Beach, FL 33408

Date issued: June 10, 2022

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

LISA MCINNIS
5110 KENNINGTON COURT
UPPER MARLBORO MD 20772

This summons is effective for service only if served within 60 days after the date it is issued.

Mahasin El Amin
Clerk of the Circuit Court

#544

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL22-17802
Other Reference No.(s): ..................................
Child Support Enforcement Number: ..................................

To: Darden Restaurants Inc
Serve:
Corporations Creations Network Inc
801 U.S. Highway 1
North Palm Beach, FL 33408

Date issued: June 10, 2022

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

LISA MCINNIS
5110 KENNINGTON COURT
UPPER MARLBORO MD 20772

This summons is effective for service only if served within 60 days after the date it is issued.

_____
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)      Page 1 of 6      CAL22-17802

# SHERIFF'S RETURN

Circuit Court for Prince George's County

To: ............................................................

Sheriff fee: ................................. By: ................................................................................

Served: ...........................................................................................................................

Time: ........................ Date: ........................................................................................

Unserved (Reason): .......................................................................................................

With the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order

- ☐ Counter Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Other: _____
  (please specify)

Was unable to serve because:

- ☐ Moved; left no forwarding address
- ☐ Address not in Jurisdiction

- ☐ No such address
- ☐ Other: _____
  (please specify)

Sheriff Fee: $_____          ☐ Waived by: _____

_____
(Serving Sheriff's Signature & Date)

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

# SHERIFF'S RETURN

Circuit Court for Prince George's County

To: _____

Sheriff fee: _____ By: _____

Served: _____

Time: _____ Date: _____

Unserved (Reason): _____

With the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order

- ☐ Counter Complaint
- ☐ Domestic Case Information Report
  Financial Statement
- ☐ Other: _____
  (please specify)

Was unable to serve because:

- ☐ Moved; left no forwarding address
  Address not in Jurisdiction

- ☐ No such address
  Other: _____
  (please specify)

Sheriff Fee: $_____        ☐ Waived by: _____

_____
(Serving Sheriff's Signature & Date)

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).