IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **LISA McINNIS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DARDEN RESTAURANTS, INC., et al.,**<br><br>*Defendants*. | **CASE NO.:** 8:22-cv-01765-GLS |

### PLAINTIFF'S DISCLOSURE OF DAMAGES AND RELIEF SOUGHT

COMES NOW, Plaintiff, Lisa McInnis (hereafter "Plaintiff"), by and through her attorney of record, Gwen-Marie Davis, Esq. and GDH LAW, LLC, and pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii), the Scheduling Order (ECF No. 21), and Discovery Order (ECF No. 19), Plaintiff, Lisa McInnis intends to claim the categories of damages and relief set forth below:

1. All available economic damages. Plaintiff intends to seek economic damages for the injury itself, pain and suffering, loss of consortium and loss of enjoyment of life. To date, Plaintiff has incurred $13,299.60 in medical bills.

2. All available non-economic damages. Plaintiff intends to seek non-economic damages in an amount not less than two times her economic damages.

3. Pre-judgment and post-judgment interest as applicable and at the rate set by law.

4. Plaintiff seeks all available attorneys' fees, expenses, and costs.

//

//

1

The damages set forth above are an approximation and additional information is in the possession of Defendant. Plaintiff reserves the right to supplement these damages as discovery, additional investigation, and any expert analysis warrants.

Dated this 1st day of September, 2022.

>Respectfully submitted,
>
>  /s/  Gwen-Marie Davis
> Gwen-Marie Davis, Esq.
> Fed Bar No. :  29340
> GDH Law Firm
> 4200 Parliament Place, Suite 510
> Lanham, MD 20706
> (p) 301-769-6835
> (f) 301-769-6836
> gdavis@gdhlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September 2022, a copy of the foregoing Plaintiff's Disclosure of Damages and Relief Sought was served by United States Mail, postage pre-paid thereon, addressed as follows:

Sandra T. Carson
Mintzer, Sarowitz, Zeris,
Ledva & Meyers, LLP
1447 York Road, Suite 610
Lutherville, MD  21093

>  /s/  Gwen-Marie Davis
> Gwen-Marie Davis, Esq.
> Fed Bar No. :  29340
> GDH Law Firm
> *Counsel for Plaintiff*